‛Pietro Antonio MACCHIONE v. UNITED STATES of America.

No. 8298.

Circuit Court of Appeals, Ninth Circuit.
Sept. 14, 1936.

Benjamin W. Henderson, of Los Angeles, Cal., for appellant.

Peirson 'M. Hall, U. S. Atty., of Los Angeles, Cal.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

Alryc U. McGILL, Appellant, v. UNITED STATES of America.

. No. 10625.

Circuit Court of Appeals, Eighth Circuit.
Oct. 8, 1936.

Verne Lacy, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. ·

Appeal dismissed under rule 38 of this court, on motion of appellee.

Frieda Vocke McGILL, etc., v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Ninth Circuit.
Oct. 12, 1936.

Arthur E. Cooley, of San Francisco, Cal., Ralph W. Smith, of Los Angeles, Cal., and Llewellyn A. Luce, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered cause remanded to Board of Tax Appeals, with directions to enter an order that the correct estate tax deficiency of petitioner is $6,777.33.

THE MADISON WILLOW CRAFT COMPANY, Defendant Cross-Appellant, v. Howard POTTER and The Powell Pressed Steel Company, Plaintiffs Cross-Appellees.

No. 7520.

Circuit Court of Appeals, Sixth Circuit.
Oct. 8, 1936.

John Harrow Leonard, of Cleveland, Ohio, for appellant.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The motion of the Madison Willow Craft Company, defendant cross-appellant, to dismiss its cross-appeal is allowed, and the clerk of the District Court for the Northern District of this Eastern Division is ordered to strike from the record of this case the papers filed pursuant to the taking of a cross-appeal, to-wit, petition for cross-appeal, assignment of errors, order of court allowing cross-appeal, and citation.

It is further ordered that the clerk of the United States District Court pay upon demand to the Madison Willow Craft Company, or to its duly authorized agent, the sum of $250, deposited with the clerk of said court as a cost bond in the matter of this cross-appeal.